1   MICHAEL HOLECEK, SBN 281034
        mholecek@gibsondunn.com
2   LAUREN M. BLAS, SBN 296823
        lblas@gibsondunn.com
3   GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
4   Los Angeles, CA  90071-3197
    Telephone:  213.229.7000
5   Facsimile:   213.229.7520

6   MEGAN COONEY, SBN 295174
        mcooney@gibsondunn.com
7   GIBSON, DUNN & CRUTCHER LLP
    3161 Michelson Drive
8   Irvine, CA  92612-4412
    Telephone:  949.451.3800
9   Facsimile:   949.451.4220

10  Attorneys for Defendant AMAZON.COM
    SERVICES LLC

11

12                  UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14  | ANDREW GARCIA, an individual, | CASE NO.   2:21-cv-00604 |
    |---|---|
15  | Plaintiff, | **DECLARATION OF MICHAEL D. DEAL IN SUPPORT OF AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL** |
16  | v. | |
17  | AMAZON.COM SERVICES LLC DBA AMAZON FLEX, a California Limited Liability Company; MICHAEL D. DEAL, an individual; and DOES 1 through 20, inclusive, | |
18  | | |
19  | Defendant. | |
20

21

22

23

24

25

26

27

28

1  I, Michael D. Deal, declare as follows:

2      1.     I am currently employed by Amazon Corporate LLC as Vice President and

3  Associate General Counsel.  I have been employed by Amazon in Seattle, Washington

4  since March 1999.  I make this declaration in support of Amazon.com Services LLC's

5  Notice of Removal in this action.  The following facts are within my personal knowledge

6  and, if called and sworn as a witness, I could and would testify to them.

7      2.     I am currently a resident of the State of Washington.  I intend to remain a

8  resident of the State of Washington for the foreseeable future.

9      I declare under penalty of perjury and the laws of the United States and California

10 that the foregoing is true and correct.  Executed on January 20, 2021, in Seattle,

11 Washington.

12



13

14  Michael D. Deal

15

16

17

18

19

20

21

22

23

24

25

26

27

28