DocuSign Envelope ID: BB8C7C38-E498-445B-A1A2-577B60023920

MICHAEL HOLECEK, SBN 281034
   mholecek@gibsondunn.com
LAUREN M. BLAS, SBN 296823
   lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MEGAN COONEY, SBN 295174
   mcooney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendant AMAZON.COM SERVICES LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GARCIA, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>AMAZON.COM SERVICES LLC DBA AMAZON FLEX, a California Limited Liability Company; MICHAEL D. DEAL, an individual; and DOES 1 through 20, inclusive,<br><br>        Defendant. | CASE NO. 2:21-cv-00604<br><br>**DECLARATION OF ZANE BROWN IN SUPPORT OF AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL** |

I, Zane Brown, declare as follows:

1. I am a Vice President and Associate General Counsel of Amazon Corporate, LLC. I am competent to testify, and make this declaration based on my personal knowledge of the facts set forth in this Declaration or know them in my capacity as an employee based on corporate records that Amazon.com Services LLC maintains in the regular course of its business. I make this declaration in support of Amazon's Notice of Removal.

2. According to business records available to me, Amazon.com Services Inc. changed its legal entity name to Amazon.com Services LLC effective December 30, 2019. Amazon.com Services LLC is a limited liability company organized under the laws of Delaware. Its principal place of business is located in Seattle, Washington. Amazon.com, Inc. is the sole member of Amazon.com Services LLC and Amazon.com Services LLC is wholly owned by Amazon.com, Inc., which is a Delaware corporation with its principal place of business in Seattle, Washington. The Washington headquarters are staffed by the corporate officers and executives of Amazon.com, Inc., who are responsible for overseeing Amazon's activities.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Seattle, Washington, on this 19th day of January, 2021.



Zane Brown