MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MEGAN COONEY, SBN 295174
  mcooney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GARCIA, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM SERVICES LLC DBA AMAZON FLEX, a California Limited Liability Company; MICHAEL D. DEAL, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 2:21-cv-00604<br><br>**DECLARATION OF MICHAEL HOLECEK IN SUPPORT OF DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL**<br><br>(Los Angeles County Superior Court Case No. 20STCV48702)<br><br>Action Filed: December 21, 2020<br>Trial Date: None Set |

Gibson, Dunn & Crutcher LLP

I, Michael Holecek, hereby declare and state:

1.  I am an attorney duly licensed to practice law before all the courts of the State of California as well as the United States District Court for the Central District of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing Defendant Amazon.com Services LLC in the above-entitled action. Unless otherwise stated, I have personal knowledge of the matters stated here, and if asked to testify to them, I would do so competently.

2.  Attached hereto as **Exhibit A** is a true and correct copy of the Summons in *Garcia v. Amazon.com Services LLC, et al.*, Case No. 20STCV48702, filed on December 21, 2020.

3.  Attached hereto as **Exhibit B** is a true and correct copy of the Complaint in *Garcia v. Amazon.com Services LLC, et al.*, Case No. 20STCV48702, filed on December 21, 2020.

4.  Attached hereto as **Exhibit C** is a true and correct copy of the Civil Case Cover Sheet in *Garcia v. Amazon.com Services LLC, et al.*, Case No. 20STCV48702, filed on December 21, 2020.

5.  Attached hereto as **Exhibit D** is a true and correct copy of the Notice of Case Assignment – Unlimited Civil Case in *Garcia v. Amazon.com Services LLC, et al.*, Case No. 20STCV48702, filed on December 21, 2020.

6.  Attached hereto as **Exhibit E** is a true and correct copy of the Notice of Case Management Conference in *Garcia v. Amazon.com Services LLC, et al.*, Case No. 20STCV48702, filed on December 29, 2020.

7.  Attached hereto as **Exhibit F** is a true and correct copy of Proof of Service by Substituted Service as to Amazon.com Services LLC in *Garcia v. Amazon.com Services LLC, et al.*, Case No. 20STCV48702, filed on December 29, 2020.

8.  In accordance with 28 U.S.C. § 1446(a), Exhibits A–F constitute "all process, pleadings, and orders served upon" Amazon.com Services LLC in this action.

9. Attached hereto as **Exhibit G** is a true and correct copy of the Declaration of Alexa Harwysz in support of Defendants Amazon.com, Inc.'s and Amazon Logistics, Inc.'s Notice of Removal of Class Action, in *Diaz, et al. v. Amazon.com, Inc., et al.*, Case No. 3:20-cv-07792, filed on November 4, 2020.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this Declaration on January 22, 2021, at Los Angeles, California.

*/s/ Michael Holecek*
Michael Holecek