# EXHIBIT F

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Gavril Gabriel, 296433<br>The Law Offices of Gavril T. Gabriel<br>8255 Firestone Blvd., Suite 209<br>Downey, CA 90241<br>TELEPHONE NO.: (562)758-8210<br>ATTORNEY FOR *(Name)*: Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
Superior Court of California, Los Angeles County
111 N. Hill Street
Los Angeles, CA 90012-3117

PLAINTIFF/PETITIONER: ANDREW GARCIA

DEFENDANT/RESPONDENT: AMAZON.COM SERVICES LLC.. ET AL

CASE NUMBER: 20STCV48702

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2196.01

**BY FAX**

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum, Notice of Case Assignment, Alternative Dispute Resolution Information Package, First Amended General Order.

3. a. Party served: AMAZON.COM SERVICES LLC DBA AMAZON FLEX; a California Limited Liability Company

   b. Person Served: - Person Authorized to Accept Service of Process

4. Address where the party was served: 5829 Smithway St.
   Commerce, CA 90040

5. I served the party
   b. **by substituted service.** On (date): 12/23/2020   at (time): 9:50AM   I left the documents listed in item 2 with or in the presence of: Ed Rick - Human Resources - Person In Charge Of Office
      (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. on behalf of:
   AMAZON.COM SERVICES LLC DBA AMAZON FLEX; a California Limited Liability Company
   under: Other: Limited Liability Company

7. **Person who served papers**
   a. Name: Maria J. Arellano
   b. Address: One Legal - P-000618-Sonoma
      1400 North McDowell Blvd, Ste 300
      Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 117.50
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 2016069910
         (iii) County Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 12/24/2020

Maria J. Arellano
(NAME OF PERSON WHO SERVED PAPERS)

*(signature)* M Arellano
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 15638439
Exhibit 4, Page 63

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* <br> Gavril Gabriel, 296433 <br> The Law Offices of Gavril T. Gabriel <br> 8255 Firestone Blvd. <br> Downey, CA 90241 <br> ATTORNEY FOR *(Name):* Plaintiff | TELEPHONE NO.: <br> (562)758-8210 <br><br> Ref. No. or File No. <br> 2196.01 | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court, if any: <br> Central District <br> 111 N. Hill Street <br> Los Angeles, CA 90012-3117 | | |

| PLAINTIFF: <br> ANDREW GARCIA |
|---|
| DEFENDANT: <br> AMAZON.COM SERVICES LLC., ET AL |

| PROOF OF SERVICE BY MAIL | | | | CASE NUMBER: <br> 20STCV48702 |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 12/28/2020, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Complaint, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum, Notice of Case Assignment, Alternative Dispute Resolution Information Package, First Amended General Order.

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

AMAZON.COM SERVICES LLC DBA AMAZON FLEX; a California Limited Liability Company

5829 Smithway St.

Commerce, CA 90040

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 117.50

One Legal - P-000618-Sonoma

1400 North McDowell Blvd, Ste 300

Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 12/28/2020 at Petaluma, California.



Travis Carpenter

Exhibit F - Page 64

OL# 15639430