# EXHIBIT G

| | |
|---|---|
| 1 | KATHERINE V.A. SMITH, SBN 247866 |
| | ksmith@gibsondunn.com |
| 2 | BRADLEY J. HAMBURGER, SBN 266916 |
| | bhamburger@gibsondunn.com |
| 3 | MICHAEL HOLECEK, SBN 281034 |
| | mholecek@gibsondunn.com |
| 4 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 5 | Los Angeles, CA 90071-3197 |
| | Telephone: 213.229.7000 |
| 6 | Facsimile: 213.229.7520 |
| 7 | MEGAN COONEY, SBN 295174 |
| | mcooney@gibsondunn.com |
| 8 | GIBSON, DUNN & CRUTCHER LLP |
| | 3161 Michelson Drive |
| 9 | Irvine, CA 92612-4412 |
| | Telephone: 949.451.3800 |
| 10 | Facsimile: 949.451.4220 |
| 11 | Attorneys for Defendants AMAZON.COM, INC. and |
| | AMAZON LOGISTICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DIAZ, EMANUEL ADAMSON, JUAN MANUEL ALVAREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation with its principal place of business in Washington, AMAZON LOGISTICS, INC., a Delaware corporation with its principal place of business in Washington, and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 3:20-cv-07792<br><br>**DECLARATION OF ALEXA HAWRYSZ IN SUPPORT OF DEFENDANTS AMAZON.COM, INC.'S AND AMAZON LOGISTICS, INC.'S NOTICE OF REMOVAL OF CLASS ACTION**<br><br>(Alameda County Superior Court Case No. RG20072092)<br><br>Action Filed: August 21, 2020<br>Trial Date: None Set |

I, Alexa Hawrysz, declare as follows:

1. I am currently employed by Amazon.com Services LLC as Head of Amazon Flex NA. In this role, I am responsible for, among other things, overseeing the Amazon Flex Program, including operations in California. I have been employed in this position since March 2020. In my position as Head of Amazon Flex NA, I have access to the business records and data discussed in this Declaration. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to them.

2. Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington. Amazon Logistics, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington. The Washington headquarters are staffed by the corporate officers and executives of Amazon.com, Inc. and Amazon Logistics, Inc. (collectively, "Amazon"), who are responsible for overseeing Amazon's activities.

3. Amazon contracts with independent contractors crowdsourced through a smartphone-application-based program known as Amazon Flex to provide local delivery services. These independent contractors are known as Delivery Partners ("DPs"). The first delivery made through the Amazon Flex app in California occurred on October 2, 2016.

4. According to the records and information Plaintiffs provided to Amazon as part of their participation in the Amazon Flex Program, Plaintiffs Ricky Diaz, Emmanuel Adamson, and Juan Manuel Alvarez have current residential addresses in California and California-issued driver's licenses.

5. Using information maintained by Amazon, I determined the following:

    a. At least 10,000 individuals had active contracts with Amazon through the Amazon Flex Program to provide delivery services in California between August 21, 2019 and August 21, 2020.

    b. During that time, it was Amazon's practice to provide payments to DPs twice per week for delivery services they provided.

    c. During the period August 21, 2019 through August 21, 2020, there were more than an aggregate of 100,000 weekly periods.

        d.      At least 4,000 DPs became ineligible to perform delivery services through the Amazon Flex Program between August 21, 2019 and August 21, 2020.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at ___Seattle___, Washington on this ___2nd___ day of November, 2020.

                      DocuSigned by:

                      *Alexa Hawrysz*

                      4F790C4BA06F4C6...

                          Alexa Hawrysz