MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

MEGAN COONEY, SBN 295174
  mcooney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:   949.451.3800
Facsimile:   949.451.4220

Attorneys for Defendant
AMAZON.COM SERVICES LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GARCIA, an individual,<br><br>       Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES LLC DBA AMAZON FLEX, a California Limited Liability Company; MICHAEL D. DEAL, an individual; and DOES 1 through 20, inclusive,<br><br>       Defendant. | CASE NO.  2:21-cv-00604<br><br>**PROOF OF SERVICE**<br><br>(Los Angeles County Superior Court Case No. 20STCV48702) |

Gibson, Dunn &
Crutcher LLP

# PROOF OF SERVICE

I, Cynthia Martinez, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, CA  92612-4412, in said County and State.  On January 22, 2021, I served the following document(s):

**DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL;**

**DECLARATION OF MICHAEL D. DEAL IN SUPPORT OF AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL;**

**DECLARATION OF ZANE BROWN IN SUPPORT OF AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL;**

**DECLARATION OF MICHAEL HOLECEK IN SUPPORT OF DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL**

on the parties stated below, by the following means of service:

Gavril T. Gabriel, Esq.                    *Attorney for Plaintiff*
The Law Offices of Gavril T. Gabriel
8255 Firestone Blvd., Suite 209
Downey, CA 90241
Tel  562.758.8210
Fax  562.758.8219
E-Mail  GGabriel@GTGLaw.org

☑  **BY OVERNIGHT DELIVERY**:  On the above-mentioned date, I caused the documents to be placed in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above.  The envelope or package was placed for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

☑  **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2021.

_____
Cynthia Martinez

104387769.1

Gibson, Dunn &
Crutcher LLP