| | |
|---|---|
| 1 | MICHAEL HOLECEK, SBN 281034 |
| 2 | mholecek@gibsondunn.com<br>LAUREN M. BLAS, SBN 296823 |
| 3 | lblas@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 4 | 333 South Grand Avenue<br>Los Angeles, CA  90071-3197 |
| 5 | Telephone:  213.229.7000<br>Facsimile:   213.229.7520 |
| 6 | MEGAN COONEY, SBN 295174 |
| 7 | mcooney@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 8 | 3161 Michelson Drive<br>Irvine, CA  92612-4412 |
| 9 | Telephone:  949.451.3800<br>Facsimile:   949.451.4220 |
| 10 | Attorneys for Defendant<br>AMAZON.COM SERVICES LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANDREW GARCIA, an individual,<br><br>                Plaintiff,<br><br>        v.<br><br>AMAZON.COM SERVICES LLC DBA AMAZON FLEX, a California Limited Liability Company; MICHAEL D. DEAL, an individual; and DOES 1 through 20, inclusive,<br><br>                Defendant. | CASE NO.   2:21-cv-00604<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AMAZON.COM SERVICES LLC** |
|---|---|

Gibson, Dunn & Crutcher LLP

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Amazon.com Services LLC:

Amazon states that Amazon.com Services LLC is wholly owned by Amazon.com, Inc.  No publicly held corporation owns 10 percent or more of the stock of Amazon.com, Inc.

Dated:  January 22, 2021

MICHAEL HOLECEK
LAUREN M. BLAS
MEGAN COONEY
GIBSON, DUNN & CRUTCHER LLP


By: */s/ Michael Holecek*
　　　　Michael Holecek

Attorneys for Defendants
AMAZON.COM SERVICES LLC

# PROOF OF SERVICE

I, Cynthia Martinez, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, CA 92612-4412, in said County and State. On January 22, 2021, I served the following document(s):

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AMAZON.COM SERVICES LLC**

on the parties stated below, by the following means of service:

| | |
|---|---|
| Gavril T. Gabriel, Esq.<br>The Law Offices of Gavril T. Gabriel<br>8255 Firestone Blvd., Suite 209<br>Downey, CA 90241<br>Tel  562.758.8210<br>Fax  562.758.8219<br>E-Mail  GGabriel@GTGLaw.org | *Attorney for Plaintiff* |

☑ **BY OVERNIGHT DELIVERY**: On the above-mentioned date, I caused the documents to be placed in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. The package was placed for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

☑ **(FEDERAL)**  I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2021.

_____
Cynthia Martinez

104390057.1

Gibson, Dunn & Crutcher LLP