NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael Holecek, SBN 281034
Lauren M. Blas, SBN 296823
Megan Cooney, SBN 295174
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: 213.229.7000 / Fax: 213.229.7520

ATTORNEY(S) FOR: Defendant Amazon.com Services LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANDREW GARCIA, an individual,

Plaintiff(s),

v.

AMAZON.COM SERVICES LLC DBA AMAZON FLEX, a California Limited Liability Company; MICHAEL D. DEAL, an individual; and DOES 1 through 20, inclusive,

Defendant(s).

CASE NUMBER: 2:21-cv-00604

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Amazon.com Services LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Andrew Garcia | Plaintiff |
| Amazon.com Services LLC | Defendant |
| Amazon.com, Inc. | Amazon.com Services LLC is 100% owned by Amazon.com, Inc. |
| Michael Deal | Defendant |

January 22, 2021
Date

/s/ Michael Holecek
Signature
Michael Holecek

Attorney of record for (or name of party appearing in pro per):

Defendant Amazon.com Services LLC

---

CV-30 (05/13)      NOTICE OF INTERESTED PARTIES      

# PROOF OF SERVICE

I, Cynthia Martinez, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, CA 92612-4412, in said County and State. On January 22, 2021, I served the following document(s):

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

on the parties stated below, by the following means of service:

Gavril T. Gabriel, Esq.        *Attorney for Plaintiff*
The Law Offices of Gavril T. Gabriel
8255 Firestone Blvd., Suite 209
Downey, CA 90241
Tel  562.758.8210
Fax  562.758.8219
E-Mail  GGabriel@GTGLaw.org

☑ **BY OVERNIGHT DELIVERY**: On the above-mentioned date, I caused the documents to be placed in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. The envelope or package was placed for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2021.

_____
Cynthia Martinez

104387769.1

Gibson, Dunn &
Crutcher LLP