MICHAEL HOLECEK, SBN 281034
mholecek@gibsondunn.com
LAUREN M. BLAS, SBN 296823
lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MEGAN COONEY, SBN 295174
mcooney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC DBA AMAZON FLEX, a California Limited Liability Company; MICHAEL D. DEAL, an individual; and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO. 2:21-cv-00604<br><br>**DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF FILING NOTICE OF REMOVAL WITH THE SUPERIOR COURT** |

Gibson, Dunn & Crutcher LLP

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Amazon.com Services LLC filed notice, on January 22, 2021, in the Superior Court of the State of California in and for the County of Los Angeles, that Defendant has removed this action from the Superior Court to the United States District Court for the Central District of California. A true and correct copy of said notice is attached hereto as **Exhibit A**.

Dated: January 25, 2021

> MICHAEL HOLECEK
> LAUREN M. BLAS
> MEGAN COONEY
> GIBSON, DUNN & CRUTCHER LLP
>
> By: */s/ Michael Holecek*
>            Michael Holecek
>
> Attorneys for Defendant AMAZON.COM SERVICES LLC

104392335.1

# EXHIBIT A

1  MICHAEL HOLECEK, SBN 281034
      mholecek@gibsondunn.com
2  LAUREN M. BLAS, SBN 296823
      lblas@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

6  MEGAN COONEY, SBN 295174
      mcooney@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   3161 Michelson Drive
8  Irvine, CA  92612-4412
   Telephone: 949.451.3800
9  Facsimile:  949.451.4220

10 Attorneys for Defendants
   AMAZON.COM SERVICES LLC DBA
11 AMAZON FLEX

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ANDREW GARCIA, an individual, | CASE NO. 20STCV48702 |
| Plaintiff, | **DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF FILING OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA** |
| v. | |
| AMAZON.COM SERVICES LLC DBA AMAZON FLEX, a California Limited Liability Company; MICHAEL D. DEAL, an individual; and DOES 1 through 20, inclusive, | ASSIGNED FOR ALL PURPOSES TO: HON. TERRY GREEN DEPARTMENT 14 |
| Defendants. | Action Filed:  December 21, 2020<br>Trial Date:     None Set |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF ANDREW GARCIA AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Amazon.com Services LLC has removed the above-entitled action from the Superior Court in and for the County of Los Angeles to the United States District Court for the Central District of California. The Notice of Removal by Amazon was filed in the United States District Court on January 22, 2021.

A copy of the Notice of Removal and supporting documents filed in the Central District of California are attached hereto as **Exhibit 1**, have been served on Plaintiff, and are fully incorporated herein by reference, thus effecting removal pursuant to 28 U.S.C. § 1446(d). Accordingly, this Court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court. *See* 28 U.S.C. § 1446(d).

DATED: January 22, 2021

MICHAEL HOLECEK
LAUREN M. BLAS
MEGAN COONEY
GIBSON, DUNN & CRUTCHER LLP

By: _____
Michael Holecek

Attorneys for Defendants
AMAZON.COM SERVICES LLC DBA AMAZON FLEX

104390468.1

Gibson, Dunn &
Crutcher LLP

2
DEFENDANTS' NOTICE OF FILING OF REMOVAL OF CLASS ACTION

# PROOF OF SERVICE

I, Cynthia Martinez, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, CA 92612-4412, in said County and State. On January 22, 2021, I served the following document(s):

**DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF FILING OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

on the parties stated below, by the following means of service:

Gavril T. Gabriel, Esq.　　　　　　　　　　*Attorney for Plaintiff*
The Law Offices of Gavril T. Gabriel
8255 Firestone Blvd., Suite 209
Downey, CA 90241
Tel  562.758.8210
Fax  562.758.8219
E-Mail  GGabriel@GTGLaw.org

☑ **BY OVERNIGHT DELIVERY**: On the above-mentioned date, I caused the documents to be in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. The envelope or package was placed for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

☑ **(STATE)**　　I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 22, 2021.

_____
Cynthia Martinez