MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MEGAN COONEY, SBN 295174
  mcooney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendant AMAZON.COM SERVICES LLC and AMAZON LOGISTICS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GARCIA, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM SERVICES LLC DBA AMAZON FLEX, a Limited Liability Company; AMAZON LOGISTICS, INC., a Corporation; MICHAEL D. DEAL, an individual; UDIT MADAN, an individual; MICHAEL MILLER, an individual; JOHN FELTON, an individual and DOES 1 through 60, inclusive,<br><br>    Defendants. | CASE NO. 2:21-CV-00604-SB-MRW<br><br>**DECLARATION OF ALEXA HAWRYSZ IN SUPPORT OF DEFENDANTS AMAZON.COM SERVICES LLC'S AND AMAZON LOGISTICS, INC.'S MOTION TO DISMISS OR STAY ACTION, OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION**<br><br>**Hearing:**<br>Date: April 2, 2020<br>Time: 8:30 a.m.<br>Place: 350 West First Street<br>      Los Angeles, CA 90012<br>      Courtroom 6C<br>Judge: Hon. Stanley Blumenfeld, Jr. |

Gibson, Dunn &
Crutcher LLP

I, Alexa Hawrysz, declare as follows:

1. I am currently employed by Amazon.com Services LLC as Head of Amazon Flex NA. In this role, I am responsible for, among other things, overseeing the Amazon Flex Program, including operations in California. I make this declaration in support of Amazon.com Services LLC's Motion to Dismiss or Stay Action, or, In the Alternative, to Compel Arbitration. In my position as Head of Amazon Flex NA, I have access to and personal knowledge of the information in this declaration and, if called upon to testify to such information, can and would competently do so.

2. In my role as Head of Amazon Flex NA, I am familiar with the Amazon Flex Terms of Service that prospective delivery partners must review and accept before they can begin making local deliveries through the Amazon Flex application.

3. Amazon offers various products, groceries, and household items that customers around the world can purchase, including through Amazon's website and smartphone application. The Amazon Flex Program allows Amazon to crowdsource independent contractor delivery partners through a smartphone application known as the Amazon Flex app.

4. Amazon Flex delivery partners have the opportunity to deliver food and grocery orders from Whole Foods Market stores, Amazon Fresh locations, and other local stores, as well as packages and orders of goods from Amazon Delivery Stations and local stores using their personal vehicles. Amazon began offering deliveries of food and grocery items in California through the Amazon Flex Program in February 2018. Since that time, the proportion of Amazon Flex delivery routes for our delivery partners that involve food and grocery deliveries, as opposed to just package deliveries, has increased significantly.

5. The Amazon Flex Program also allows delivery partners to deliver packages to local customers. These packages typically include one or more items that were delivered to an Amazon Fulfillment Center, where they were unloaded, sorted, and stowed within the Fulfillment Center until ordered by a customer through Amazon's

website or mobile application. Once the customer orders an item (or group of items), it is picked from the Fulfillment Center's shelves, packaged, and sent out for delivery. Often, the packaged item leaves a Fulfillment Center and is sent to a local Delivery Station, normally within the same state as the Fulfillment Center, where a delivery partner may pick it up and deliver it to the customer.

6. Individuals seeking to sign up for Amazon Flex must first download the Amazon Flex app on a smartphone, create an account, log into the app, and provide the zip code for the local area in which they wish to make deliveries. The vast majority of the deliveries made through the Amazon Flex application are intrastate because delivery partners are engaged to make short, local deliveries. When Andrew Garcia created an account through the Amazon Flex app, he self-selected Los Angeles. The page that asks the prospective delivery partner to identify their desired local delivery area appears as follows:



7. After creating an account and selecting their desired local delivery area, prospective delivery partners must affirmatively agree to the Amazon Flex Independent Contractor Terms of Service. The version of the Amazon Flex Independent Contractor

Terms of Service (the "TOS") that was in place when Garcia signed up to provide services through the Flex app on September 11, 2019 is attached as **Exhibit A**.

8. Prospective delivery partners have always been free to spend as much time as they wish reviewing the Terms of Service before accepting them. The TOS has also been accessible to delivery partners in the Account/View Legal Information section of the Amazon Flex app.

9. The TOS requires delivery partners to click twice on buttons stating "I AGREE AND ACCEPT." The first time was to accept the TOS, and the second was to specifically accept the arbitration provision of the TOS, which is on the first page of the TOS and in Section 11.

10. While the TOS was being used, the first page that delivery partners had to accept, showing the full TOS, looked as follows (with the ability to scroll in the app to view the entire TOS):




11. The second page that delivery partners had to accept, showing the arbitration provision of the TOS for a second time, looked as follows (with the ability to scroll in the app to view the entire arbitration provision):

 

12. The TOS provided delivery partners with the option to "opt-out" of the arbitration agreement. To "opt-out" a delivery partner only needed to send an email to the identified Amazon email address within 14 days after accepting the TOS.

13. Garcia accepted the TOS and activated his Amazon Flex account on September 11, 2019. He did not opt-out of the arbitration provision of the TOS.

I declare under penalty of perjury and the laws of the United States and California that the foregoing is true and correct. Executed on January 27, 2021 in Seattle, Washington.

_____
Alexa Hawrysz