Gavril T. Gabriel, [SBN: 296433]
**LAW OFFICES OF GAVRIL T. GABRIEL**
8255 Firestone Blvd., Suite 209
Downey, California 90241
Phone: (562) 758-8210
Fax:    (562) 758-8219
Email: GGabriel@GTGLaw.Org

Attorney for PLAINTIFF,
ANDREW GARCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GARCIA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM SERVICES LLC DBA AMAZON FLEX, a Limited Liability Company; AMAZON LOGISTICS, INC., a Corporation; MICHAEL D. DEAL, an individual; UDIT MADAN, an individual; MICHAEL MILLER, an individual; JOHN FELTON, an individual and DOES 1 through 60, inclusive, Defendants. | Case No. 2:21-cv-00604-SB-MRW <br><br> **PLAINTIFF'S EVIDENTIARY OBJECTIONS TO ALEXA HAWRYSZ'S DECLARATION** <br><br> Date:    April 2, 2021 <br> Time:    8:30 a.m. <br> Location: 350 West First Street Los Angeles, CA 90012 Courtroom 6C <br> Judge:    Hon. Stanley Blumenfeld, Jr. |

**TO THE HONORABLE COURT AND TO THE DEFEDANTS AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, ANDREW GARCIA, respectfully submits the following Evidentiary Objections to ALEXA HAWRYSZ'S (hereafter "Ms. Hawrysz") Declaration:

-1-

PLAINTIFF'S EVIDENTIARY OBJECTIONS

| | | |
|---|---|---|
| 1. | Declaration of Ms. Hawrysz ¶ 6<br><br>"When Andrew Garcia created an account through the Amazon Flex app, he self-selected Los Angeles." | Lack of Personal Knowledge (Fed. R. Evid. 602, Cal. Evid. Code §702(a)); Hearsay (Fed. R. Evid. 801-3, 901, Cal. Evid. Code §1200); Multiple Hearsay (Fed. R. Evid. 805, Cal. Evid. Code §1201).<br><br>Ms. Hawrysz did not witness Plaintiff self-selected Los Angeles and produces no admissible documentary evidence to prove that he did. The picture beneath her statement does not show, nor does it purport to show, any action attributed to Plaintiff. As such its contents are hearsay not subject to any exception. These parts of the declaration should be stricken from the record. |
| 2. | Declaration of Ms. Hawrysz ¶ 13<br><br>"Garcia accepted the TOS and activated his Amazon Flex account on September 11, 2019. He did not opt-out of the arbitration provision of the TOS." | Lack of Personal Knowledge (Fed. R. Evid. 602, Cal. Evid. Code §702(a)); Hearsay (Fed. R. Evid. 801-3, 901, Cal. Evid. Code §1200)<br><br>Ms. Hawrysz does not state that she witnessed any of these events. Therefore, she cannot testify as to whether "Garcia accepted the TOS and activated his Amazon Flex account," or that he "did not opt-out." Nor does she produce admissible documentary evidence to prove that he did. These parts of the declaration should be stricken from the record. |

DATED: March 12, 2021

THE LAW OFFICES OF GAVRIL T. GABRIEL

By: _____
Gavril T. Gabriel
Attorney for PLAINTIFF,
ANDREW GARCIA