MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MEGAN COONEY, SBN 295174
  mcooney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendant AMAZON.COM SERVICES LLC and AMAZON LOGISTICS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANDREW GARCIA, an individual, | CASE NO. 2:21-CV-00604-SB-MRW |
|---|---|
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF ALEXA HAWRYSZ IN SUPPORT OF DEFENDANTS AMAZON.COM SERVICES LLC'S AND AMAZON LOGISTICS, INC.'S MOTION TO DISMISS OR STAY ACTION, OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION** |
| v. | |
| AMAZON.COM SERVICES LLC DBA AMAZON FLEX, a Limited Liability Company; AMAZON LOGISTICS, INC., a Corporation; MICHAEL D. DEAL, an individual; UDIT MADAN, an individual; MICHAEL MILLER, an individual; JOHN FELTON, an individual and DOES 1 through 60, inclusive, | |
| Defendants. | **Hearing:**<br>Date: April 2, 2020<br>Time: 8:30 a.m.<br>Place: 350 West First Street<br>         Los Angeles, CA 90012<br>         Courtroom 6C<br>Judge: Hon. Stanley Blumenfeld, Jr. |

Gibson, Dunn & Crutcher LLP

I, Alexa Hawrysz, declare as follows:

1. I make this supplemental declaration in support of Amazon.com Services LLC's Motion to Dismiss or Stay Action to confirm that my prior declaration was based on personal knowledge and records kept by Amazon Flex NA in the ordinary course of business that I have access to and am familiar with. As with my prior declaration, all of the matters in this declaration are based on my personal knowledge and on business records available to me in my role of Head of Amazon Flex NA and, if called upon to do so, I could competently testify to them.

2. As Head of Amazon Flex NA, I have access to Amazon Flex's records regarding Delivery Partners who contract with Amazon Logistics, Inc. through the Amazon Flex application. The records pertaining to Andrew Garcia are kept in the ordinary course of Amazon's business and show that the email address associated with Mr. Garcia's Amazon Flex account was adjgarcia@yahoo.com.

3. For the avoidance of any doubt, I submit this supplemental declaration to confirm that my prior declaration in this case was based on Amazon's records pertaining to Mr. Garcia, which show that he created his account using the email address above and his own selected password (which also required him to accept the Amazon Flex Independent Contractor Terms of Service Agreement) on September 11, 2019.

I declare under penalty of perjury and the laws of the United States and California that the foregoing is true and correct. Executed on March 19, 2021 in Seattle, Washington.



Alexa Hawrysz