UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GARCIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-00604-SB-MRW<br><br>ORDER TO SHOW CAUSE RE: LIFTING STAY AND DISMISSING CASE FOR LACK OF PROSECUTION |

　　　　Plaintiff filed the complaint in this case in California Superior Court, and it was removed to this Court on January 22, 2021.  Dkt. No. 1.  On May 25, 2021, the Court granted Defendants' motion to compel arbitration and stayed this action pending the arbitration.  Dkt. No. 32.  The parties filed a status report on May 20, 2022, Dkt. No. 41, that stated "[t]he Parties are proceeding in arbitration in accordance with the Arbitrator's Scheduling Order."  The parties filed a second status report on August 22, 2022, Dkt. No. 43, in which the parties reported that Plaintiff is currently incarcerated, and as such, "his participation in the arbitration proceedings has been severely limited" and "it is unclear if Plaintiff will be able to participate in the arbitration proceedings in the future."

　　　　This Court ordered this case to arbitration 15 months ago, and nothing has happened since—and the parties express nothing but uncertainty about the future.  The parties are **ORDERED** to show cause, in writing, by no later than September 9, 2022 why the stay of this case should not be lifted and this case dismissed without prejudice for lack of prosecution.  *The failure to timely respond will be taken as consent to dismiss without prejudice.*

Date: August 26, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge